**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 02-6388**

—————————

CAMERON J. ROLLINS,

                                      Petitioner - Appellant,

        versus

RONALD ANGELONE,

                                      Respondent - Appellee.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-01-1664-AM)

—————————

Submitted:  September 19, 2002      Decided:  September 27, 2002

—————————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Cameron J. Rollins, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cameron J. Rollins seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Rollins has not made a substantial showing of the denial of a constitutional right. See Rollins v. Angelone, No. CA-01-1664-AM (E.D. Va. Jan. 4, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED